```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN FAVA,

                           Plaintiff,

   -v-

LONG ISLAND RAILROAD COMPANY,

                           Defendant

No. 10 Civ. 4184 (RJS) (MHD)
REFERRAL ORDER

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Disputes | __ | Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction) Purpose:_____ |
| _X_ | Settlement: *The parties shall contact Magistrate Judge Dolinger by no later than November 19, 2010 to schedule a settlement conference.* | __ | Habeas Corpus |
| | | __ | Social Security |
| __ | Inquest After Default/Damages Hearing | __ | Dispositive Motions (*i.e.*, motion requiring Report and Recommendation) |

SO ORDERED.
DATED:    August 18, 2010
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE